COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Reynaldo Morales v. Travelers Indemnity Co.

Appellate case number:    01-19-00051-CV

Trial court case number:  2016-02771

Trial court:                        165th District Court of Harris County

The Court issues this order to advised appellant that his appeal may be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

The final judgment was signed on March 8, 2016. Motion for new trial was filed almost a year later, on February 21, 2017. The notice of appeal was filed almost two years later, on January 8, 2019.

A notice of appeal is timely if filed within 30 days of the date the final judgment is signed, or if a timely motion for new trial is filed, within 90 days of the date the final judgment is signed. *See* TEX. R. APP. P. 26.1. A motion for new trial is timely if filed within 30 days of the date the judgment is signed. *See* TEX. R. CIV. P. 329b(a).

The clerk's record indicates that appellant's motion for new trial was not timely filed, and thus, his notice of appeal, filed on January 8, 2019, was also untimely filed. The deadline for filing the notice of appeal is jurisdictional and unless appellant timely files a notice of appeal, we must dismiss the appeal for lack of jurisdiction. *See* TEX. R. APP. P. 25.1(b); 42.3(a).

Unless appellant files a response demonstrating by citation to the law and to the record that this Court has jurisdiction of the appeal, this appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f).

The final deadline to file your response is **5:00 p.m., March 8, 2019**.

If a meritorious response is not received in the form described above by the deadline, the Court may dismiss the appeal for want of jurisdiction without further notice.

It is so ORDERED.

Judge's signature: ___/s/ Justice Richard Hightower_____

☑ Acting individually    ☐ Acting for the Court


Date:  __February 26, 2019__